No. 1389. UNITED STATES v. TUCKER. C. A. 9th Cir. [Certiorari granted, 402 U. S. 942.] Motion of respondent for appointment of counsel granted. It is ordered that William A. Norris, Esquire, of Los Angeles, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for respondent in this case. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 6959. HARRIS v. WINGO, WARDEN; and

No. 7108. GUBINS v. NELSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1667. MUNCASTER v. JOHNSON, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 364. UNITED STATES v. 12 200-FT. REELS OF SUPER 8MM. FILM ET AL. (PALADINI, CLAIMANT). Appeal from D. C. C. D. Cal. Probable jurisdiction noted.

No. 867. GOODING, WARDEN v. WILSON. Appeal from C. A. 5th Cir. Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 1687. UNITED STATES v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN ET AL. (PLAMONDON ET AL., REAL PARTIES IN INTEREST). C. A. 6th Cir. Certiorari granted.

No. 880. KELLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.